The following case in which the Court of Appeals issued a published opinion has been appealed to the Supreme Court:

1. Jose Rafael Salazar
   v. Commonwealth of Virginia
   Record No. 0879-15-4
   Opinion rendered by Judge Russell on
   August 23, 2016

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Brian Jeffrey Turner
   v. Commonwealth of Virginia
   Record No. 1309-14-4
   Opinion rendered by Judge Humphreys
     on October 27, 2015
   Refused (160017)

2. Christian John Prekker
   v. Commonwealth of Virginia
   Record No. 2175-14-3
   Opinion rendered by Judge Russell
     on March 8, 2016
   Refused (160557)

3. Juan Daniel Vaca Diez Nunez
   v. Commonwealth of Virginia
   Record No. 0221-15-4
   Opinion rendered by Judge McCullough
     on March 22, 2016
   Refused (160625)

4. Scott Farver Morehead
   v. Commonwealth of Virginia
   Record No. 2225-14-1
   Opinion rendered by Senior Judge Felton
     on April 19, 2016
   Refused (160771)

5. Arthur Amil Zebbs
   v. Commonwealth of Virginia
   Record No. 0933-15-1
   Opinion rendered by Judge AtLee
     on May 17, 2016
   Refused (160941)